■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVAN TURNER, Appellant. [998 NYS2d 129]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Juan Merchan, J.), rendered on or about October 18, 2010, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so ap-

pealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Acosta, Saxe and Kapnick, JJ.